**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01181-CV

### JAMES H. GENTRY, Appellant

### V.

### BENJAMIN N. SMITH, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-03888-2018**

## ORDER

Before the Court is appellee's motion to strike appellant's brief for failure to cite to the record. In light of the Court's November 5, 2018 letter informing appellant his brief fails to comply with the briefing requirements of the rules of appellate procedure and directing him to file a compliant brief, we **DENY** the motion.

/s/    DAVID EVANS
        JUSTICE